UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE MIHOLICH, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED AMERICAN INSURANCE COMPANY,<br><br>Defendant. | Case No.:  19-CV-915 JLS (MSB)<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL OF COMPLAINT WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>(ECF No. 13) |

Presently before the Court is Plaintiff Kyle Miholich and Defendant United American Insurance Company's Joint Motion for Dismissal of Complaint with Prejudice Pursuant to FRCP 41(a)(1)(A)(ii) ("Joint Mot.," ECF No. 13).  Good cause appearing and as stipulated by the Parties, the Court **GRANTS** the Joint Motion and **DISMISSES WITH PREJUDICE** Plaintiff's individual claims and **DISMISSES WITHOUT PREJUDICE** the claims of the putative class, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  September 24, 2019

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1

19-CV-915 JLS (MSB)